UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| In re: | ) | |
| KENNETH RUSSELL CHEEK | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Case # 18-13446-SDR |
| _____ | ) | |
| | ) | |
| KENNETH RUSSELL CHEEK | ) | Adversary Proceeding #: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FIRST CITIZENS BANCSHARES, INC. | ) | |
| d/b/a FIRST CITIZENS NATIONAL BANK | ) | |
| | ) | |
| Defendant. | ) | |

_____

COMPLAINT SEEKING DAMAGES AND ATTORNEYS FEES
FOR VIOLATION OF AUTOMATIC STAY
_____

COMES NOW Plaintiff Kenneth Russell Cheek, by and through his counsel, and for cause of action would state unto this Honorable Court as follows:

1. On August 2, 2018 the Debtor/Plaintiff commenced a voluntary case under Chapter 13 of the Bankruptcy Code, by filing a petition which was assigned case number 18-13446-SDR.

2. This Court has jurisdiction to hear this matter under 28 U.S.C. 1334, since it arises in that case and is related to it.

1

3. The Defendant was named in Schedule D of Debtor/Plaintiff's petition as a creditor with security. The Defendant was a creditor of Debtor/Plaintiff by virtue of a home equity line of credit on his 2002 double-wide mobile home.

4. Despite the bankruptcy filing, Defendant thereafter continued sending billing statements to Debtor/Plaintiff.

5. On October 23, 2018, the undersigned counsel for the Debtor/Plaintiff sent a first class letter to the Defendant, informing it once again of the filing of the petition and informing it that continued dunning would be in violation of section 362(a). A copy of that letter is attached hereto as Exhibit A.

6. Thereafter, Defendant again sent billing statements, dated 11/01/2018 and 12/02/2018 to Debtor/Plaintiff at his home address, copies of which are attached as Exhibit B.

WHEREFORE, PREMISES CONSIDERED, Debtor/Plaintiff prays that this Honorable Court enter an Order:

1. Declaring the Defendant guilty of civil contempt of court for violation of the automatic stay of 11 U.S.C. 362(a);

2. Barring the Defendant from further acts in violation of the automatic stay or, when applicable, the discharge injunction;

3. Awarding Debtor/Plaintiff punitive damages for the Defendant's willful disregard of the automatic stay, as authorized by 11 U.S.C. 362(h);

4. Awarding Debtor/Plaintiff reasonable attorneys fees and taxing Defendant with the costs of this matter;

5. For general relief.

        Respectfully Submitted,

        <u>KENNETH RUSSELL CHEEK</u>
        Debtor/Plaintiff by Attorney

LAW OFFICES OF ROD MILLER, P.C.

<u>/s/ Rodney Craig Miller</u>
RODNEY CRAIG MILLER (# 019141)
  Attorney for Plaintiff
301 Keith Street, SW, Suite 103
Cleveland, TN 37311
(423) 650-7066  rodlaw@bellsouth.net