**FIRST CITIZENS NATIONAL BANK**

P O BOX 370
FIRST CITIZENS PLACE
DYERSBURG TN 38025-0370

00185-002-F15366N-20181202-LN1170P2
KENNETH CHEEK
126 HICKORY OAKS DRIVE SE
CLEVELAND TN 37323

Home Equity Line of Credit

Date: 12/02/2018
Account Number: XXXXXXXX0591

Page 1 of 2

For HUD-approved Homeownership Counseling, please call 1-800-569-4287, or visit the HUD website at http://www.hud.gov/offices/hsg/sfc/hcc/hcs.cfm

## Activity Summary Information

| | | | |
|---|---|---|---|
| Previous Balance | $11,017.88 | **Payment Information** | |
| Current Credits | $657.12 | Prior Statement Closing Date | 11/01/2018 |
| Current Debits | $0.00 | | |
| Prior Period Credits | $0.00 | Past Due Amount | $10,574.53 |
| Prior Period Debits | $0.00 | Current Fees | $0.00 |
| | | Current Escrow | $0.00 |
| New Balance | $10,360.76 | Current Interest | $52.36 |
| Credit Limit | $20,000.00 | Current Principal | $0.00 |
| Available Credit | $0.00 | Current Insurance | $0.00 |
| Statement Closing Date | 12/02/2018 | Late Charges Due | $0.00 |
| Days In Period | 31 | Total Minimum Payment Due | $10,626.89 |
| Average Daily Balance | $10,721.11 | | |
| Interest Paid YTD | $379.62 | Payment Due Date | 12/25/2018 |

## Transaction Activity Summary

| Post Date | Effective Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| 11/19/2018 | 11/19/2018 | PRINCIPAL DUE PMT | $657.12 | $10,360.76 |

Please return this portion with your payment. Do not attach check to stub.

KENNETH CHEEK
126 HICKORY OAKS DRIVE SE
CLEVELAND TN 37323

Account Number    XXXXXXXX0591

Payment Amount Due    $10,626.89
Payment Due Date    12/25/2018



Please Remit Payment to:
First Citizens National Bank
Bank Operations
PO Box 370
One First Citizens Place
Dyersburg, TN 38025-0370

Amount Enclosed: $ ☐☐☐☐☐☐☐.☐☐



EXHIBIT B



**FIRST CITIZENS NATIONAL BANK**

P O BOX 370
FIRST CITIZENS PLACE
DYERSBURG TN 38025-0370

Home Equity Line of Credit

Date: 12/02/2018
Account Number: XXXXXXXX0591

Page 2 of 2

### FEES

No current period transactions posted this cycle.

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

### INTEREST CHARGED

| | |
|---|---|
| Interest Charge | $52.36 |
| Cash Transaction Fees | $0.00 |
| Other Applicable Fees | $10,574.53 |
| Prior Period Interest Adjustments | $0.00 |
| TOTAL FINANCE CHARGE | $52.36 |

### Interest Charge Calculation

| From Date | Through Date | Daily Periodic Rate | Annual Percentage Rate | Interest Amount |
|---|---|---|---|---|
| 11/02/2018 | 12/02/2018 | 0.015753% | 5.75000% (v) | $52.36 |



(731) 285-4410 or (800) 321-3176
www.FirstCNB.com
Member FDIC / Equal Housing Lender

LN1170P2



**FIRST CITIZENS NATIONAL BANK**

P O BOX 370
FIRST CITIZENS PLACE
DYERSBURG TN 38025-0370

**Home Equity Line of Credit**

Date: 11/01/2018
Account Number: XXXXXXXX0591

Page 1 of 2

For HUD-approved Homeownership Counseling, please call 1-800-569-4287, or visit the HUD website at http://www.hud.gov/offices/hsg/sfc/hcc/hcs.cfm

00009-002-F15366N-20181101-LN1170P2
KENNETH CHEEK
126 HICKORY OAKS DRIVE SE
CLEVELAND TN 37323

### Activity Summary Information

| | | | |
|---|---|---|---|
| Previous Balance | $11,017.88 | **Payment Information** | |
| Current Credits | $0.00 | Prior Statement Closing Date | 10/01/2018 |
| Current Debits | $0.00 | | |
| Prior Period Credits | $0.00 | Past Due Amount | $11,177.85 |
| Prior Period Debits | $0.00 | Current Fees | $975.00 |
| | | Current Escrow | $0.00 |
| **New Balance** | **$11,017.88** | Current Interest | $53.80 |
| Credit Limit | $20,000.00 | Current Principal | $0.00 |
| Available Credit | $0.00 | Current Insurance | $0.00 |
| Statement Closing Date | 11/01/2018 | Late Charges Due | $0.00 |
| Days In Period | 31 | Total Minimum Payment Due | $12,206.65 |
| Average Daily Balance | $11,017.88 | | |
| Interest Paid YTD | $379.62 | Payment Due Date | 11/25/2018 |

### Transaction Activity Summary

| Post Date | Effective Date | Transaction Description | Amount | Balance |
|---|---|---|---|---|
| 10/29/2018 | 10/29/2018 | Professional Fees | $975.00 | $11,017.88 |

---

Please return this portion with your payment. Do not attach check to stub.

KENNETH CHEEK
126 HICKORY OAKS DRIVE SE
CLEVELAND TN 37323

Account Number    XXXXXXXX0591

Payment Amount Due    $12,206.65
Payment Due Date    11/25/2018



Please Remit Payment to:
First Citizens National Bank
Bank Operations
PO Box 370
One First Citizens Place
Dyersburg, TN 38025-0370

Amount Enclosed:  $ ☐☐☐☐☐☐☐.☐☐



**FIRST CITIZENS NATIONAL BANK**

P O BOX 370
FIRST CITIZENS PLACE
DYERSBURG TN 38025-0370

Home Equity Line of Credit

Date: 11/01/2018
Account Number: XXXXXXXX0591

Page 2 of 2

## FEES

No current period transactions posted this cycle.

| | |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

## INTEREST CHARGED

| | |
|---|---|
| Interest Charge | $53.80 |
| Cash Transaction Fees | $0.00 |
| Other Applicable Fees | $11,177.85 |
| Prior Period Interest Adjustments | $0.00 |
| TOTAL FINANCE CHARGE | $53.80 |

## Interest Charge Calculation

| From Date | Through Date | Daily Periodic Rate | Annual Percentage Rate | Interest Amount |
|---|---|---|---|---|
| 10/02/2018 | 11/01/2018 | 0.015753% | 5.75000% (v) | $53.80 |



(731) 285-4410 or (800) 321-3176
www.FirstCNB.com
Member FDIC / Equal Housing Lender

LN1170P2