United States Bankruptcy Court
Eastern District of Tennessee

Cheek,
    Plaintiff                                                          Adv. Proc. No. 18-01048-SDR

First Citizens Bancshares, Inc. d/b/a Fi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0649-1           User: youngco            Page 1 of 1             Date Rcvd: Feb 25, 2019
                          Form ID: pdfAgrdO         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.
dft            First Citizens Bancshares, Inc. d/b/a First Citize,    P.O. Box 370,    Dyersburg, TN 38025-0370
pla         +Kenneth Russell Cheek,    126 Hickory Oaks Drive, SE,    Cleveland, TN 37323-7312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion08.cn.ecf@usdoj.gov Feb 25 2019 21:20:38      United States Trustee,
            Historic U.S. Courthouse,    31 E. Eleventh Street,    Fourth Floor,
            Chattanooga, TN 37402-4205
                                                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
           James A. Fields    on behalf of Defendant    First Citizens Bancshares, Inc. d/b/a First Citizens
            National Bank ecfcreditor@sampleslaw.com
           Rodney Craig Miller    on behalf of Plaintiff Kenneth Russell Cheek rodlaw@bellsouth.net
                                                                                                             TOTAL: 2



**SO ORDERED.**
**SIGNED this 25th day of February, 2019**

_____
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

In Re

Kenneth Russell Cheek                                   Chapter 13

    Debtor                                                        Case no.  18-13446-SDR


Kenneth Russell Cheek                                   Adv. Proceeding No. 18-01048-SDR

    Plaintiff
v.

First Citizens Bancshares, Inc.
d/b/a First Citizens National Bank

    Defendant

Agreed Order Resolving Adversary Proceeding

This matter is before the Court pursuant to the Adversary Proceeding filed on December 17, 2018 [Doc.#1].  It appears to the Court that the parties have resolved the issues raised in the Adversary Proceeding based upon the following terms and conditions:

      1.  Defendant will credit the Debtor with the sum of $1,200.00 towards the amount of the Plaintiff's claim filed in Bankruptcy Case no.  18-bk-13446-SDR [being claim number 1];

      2.  The Plaintiff/Debtor will close his checking account with the Defendant/Creditor;

      3.  Upon the closing of the Plaintiff/Debtor's account with Defendant/Creditor, the sum of $1,200.00 will be credited to Claim #1 referenced in paragraph 1 above.

The above referenced adversary proceeding is dismissed with prejudice.

IT IS SO ORDERED

# # #

Approved for entry:

Law Offices of Rod Miller, P.C.

By: /s/ Rodney Craig Miller signed by Jim Fields with express permission
Rodney Craig Miller (#019141)
301 Keith Street, SW, Suite 103
Cleveland, TN 37311
(423)650-7066 (telephone)
rodlaw@bellsouth.net
Attorneys for the Plaintiff


Samples, Jennings, Clem & Fields, PLLC

By: /s/ Jim Fields
James A. Fields, BPR 011484
130 Jordan Drive
Chattanooga, TN 37421
(423) 892-2006 (telephone)
(423) 892-1919 (fax)
ecfcreditor@sampleslaw.com
Attorneys for the Defendant